**No. 10-11260. David Calhoun, Petitioner v. Pennsylvania Board of Probation and Parole, et al.**

565 U.S. 875, 132 S. Ct. 235, 181 L. Ed. 2d 133, 2011 U.S. LEXIS 6707.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-11261. Christopher Helm, Petitioner v. United States.**

565 U.S. 875, 132 S. Ct. 235, 181 L. Ed. 2d 133, 2011 U.S. LEXIS 6638.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 410 Fed. Appx. 767.

**No. 10-11263. Douglas Allen Hazelwood, Petitioner v. United States.**

565 U.S. 875, 132 S. Ct. 236, 181 L. Ed. 2d 133, 2011 U.S. LEXIS 6988.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 412 Fed. Appx. 617.

**No. 10-11264. David Shead Huffman, Petitioner v. Florida, et al.**

565 U.S. 876, 132 S. Ct. 236, 181 L. Ed. 2d 133, 2011 U.S. LEXIS 6542.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 43 So. 3d 890.

**No. 10-11265. Victor Charles Fourstar, Jr., Petitioner v. Steven Murlak, et al.**

565 U.S. 876, 132 S. Ct. 236, 181 L. Ed. 2d 133, 2011 U.S. LEXIS 6452,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-11266. Connell Lensey Howard, Petitioner v. Michigan.**

565 U.S. 876, 132 S. Ct. 236, 181 L. Ed. 2d 133, 2011 U.S. LEXIS 6416.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Michigan denied.

Same case below, 488 Mich. 853, 787 N.W.2d 502.

**No. 10-11267. James Edward Gary, Jr., Petitioner v. Kenny Jones, Warden.**

565 U.S. 876, 132 S. Ct. 236, 181 L. Ed. 2d 133, 2011 U.S. LEXIS 7017.

October 3, 2011. Petition for writ of certiorari for the United States Court of Appeals for the Eleventh Circuit denied.